PENALTY SLIP

**NAME:**  <u>RIPHI ALI</u>

**NUMBER OF COUNTS:**  <u>    8    </u>

<u>Ct. 1</u>:  21 U.S.C. § 846 - Conspiracy to Distribute Controlled Substances

<u>Penalty</u>:  0-20 years imprisonment, $1 million fine, at least 3 years supervised release, $100 special assessment, denial of federal benefits.

<u>Ct. 2</u>:  21 U.S.C. § 841(a)(1) - Distribution of a Controlled Substance (XLR11)

<u>Penalty</u>:  0-20 years imprisonment, $1 million fine, at least 3 years supervised release, $100 special assessment, denial of federal benefits.

<u>Cts</u>. 3-4:  18 U.S.C. §§ 1956(a)(1)(A)(i) and 2 – Money Laundering

<u>Penalty</u>:  20 years imprisonment, $500,000 fine, up to 3 years supervised release, $100 special assessment.

<u>Ct. 5</u>:  18 U.S.C. § 1956(h) – Conspiracy to Launder Money

<u>Penalty</u>:  20 years imprisonment, $500,000 fine, up to 3 years supervised release, $100 special assessment.

<u>Ct. 6-8</u>:  18 U.S.C. § 2320(a) – Trafficking in Counterfeit Goods

<u>Penalty</u>:  10 years imprisonment, $2 million fine, up to 3 years supervised release, $100 special assessment.

Notice of Criminal Forfeiture

Case No. **1:14-CR-2101-LRS-1**

**USA Initials:**  <u>    BDS    </u>