**ADDENDUM TO THE PRESENTENCE REPORT**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF WASHINGTON
UNITED STATES v. Riphe Ali
DOCKET 1:14CR02101-LRS-1**

**The probation officer certifies that the presentence report, including any revision thereof, has been disclosed to the defendant, his attorney, and counsel for the government, and that the content of the addendum has been communicated to counsel. The addendum fairly states any objections they have made.**

## OBJECTIONS

### By the Government

As of this date, the government has filed no objections to the presentence report.

### By the Defendant

As of this date, the defendant has filed no objections to the presentence report.

## ADDITIONAL INFORMATION

The following information was updated in the presentence investigation report.

**Page 17, Paragraphs 75 to 79**: (formerly paragraph 75 only):

Pursuant to USSG §2D1.1, Notes to Drug Quantity Table (A) and commentary 1, unless otherwise specified, the weight of a controlled substance set forth in the table refers to the entire weight of any mixture or substance containing a detectable amount of the controlled substance. If the mixture cannot be readily separated, the Court may use any reasonable method to approximate the weight of the mixture or substance to be counted.

This officer believes the gross weight is excessive and a net weight would be more appropriate. However, as there is no specific calculation or formula to obtain a net weight, this officer reasonably believes a reduction of 50 percent could be used to obtain an average net weight. This was updated in the presentence report; however, the base offense level remained 34.

Addendum to the Presentence Report
Ali, Riphe
1:14CR02101-LRS-1

                                             Respectfully Submitted,

                                             Matthew L. Thompson
                                             Chief U.S. Probation Officer

                                By:    s/SanJuanita B. Coronado     04/25/2016
                                                  SanJuanita B. Coronado             Date
                                                  U.S. Probation Officer

Approved By:

s/Shane Moore            04/25/2016
Shane Moore                      Date
Supervisory U.S. Probation Officer