# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
PROBATION OFFICE

November 29, 2017

**MATTHEW L. THOMPSON**
CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO   Yakima

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 29 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

The Honorable Lonny R. Suko
Senior U.S. District Court Judge
Eastern District of Washington
Wm. O. Douglas Courthouse
P.O. Box 2706
Yakima, WA 98907

RE: ALI, Riphe
Dkt. No.: 1:14CR02101-LRS-1
Date of Conviction: June 15, 2017
Start of Supervised Release: June 15, 2017
**REQUEST TO RETURN PASSPORT**

Your Honor:

On January 14, 2015, Mr. Ali appeared before United States Magistrate Judge James P. Hutton, and was released onto pretrial supervision. He was ordered to surrender his United States (U.S.) and foreign (Palestine) passports to the U.S. Probation/Pretrial Services Office while his instant offense was pending.

While on pretrial supervision, he was granted permission to travel to the Middle East/West Bank region from September 17, until October 19, 2015, a request which was approved by U.S. Magistrate Judge James P. Hutton. On March 10, 2016, Mr. Ali was again granted permission by U.S. Magistrate Judge Mary K. Dimke to travel to the Middle East/West Bank region from March 19, until April 18, 2016. Both times, the U.S. Probation/Pretrial Services office returned his U.S. and Palestinian passports to him for travel.

On June 15, 2017, Mr. Ali was sentenced by Your Honor to time served followed by 3 years supervised release in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), Conspiracy to Distribute Controlled Substances. Upon conviction, Mr. Ali's U.S. passport was sent to the Department of the State and his Palestinian passport was sent to Immigration and Customs Enforcement (ICE) per U.S. Probation/Pretrial Services policy.

Since the commencement of his supervised release, Mr. Ali has remained in compliance. He reports as directed and updates this officer with any changes as required. Mr. Ali was moved to a low risk/administrative caseload effective August 1, 2017.

Mr. Ali is requesting assistance from this officer regarding the return of his U.S. passport. He plans to schedule a trip to the Middle East while on post conviction supervision. Once Mr. Ali has obtained his passport, this officer will request permission from the Court regarding any future out of country travel.

On November 28, 2017, the Assistant United States Attorney's Office was contacted and does not oppose the return of Mr. Ali's U.S. passport. This officer also spoke with Mr. Ali's assigned counsel, Kenneth Therrien, who advised he has not had contact with Mr. Ali. Mr. Therrien shared he plans to withdraw from Mr. Ali's case.

This officer respectfully requests the Court's permission be granted for Mr. Ali to obtain his surrendered U.S. passport from the Department of the State.

Respectfully submitted,

Matthew L. Thompson
Chief U.S. Probation Officer

By:    s/Linda Leavitt      11/29/2017
       Linda Leavitt         Date
       U.S. Probation Officer

Approved by:

s/Jose Vargas      11/29/2017
Jose Vargas         Date
Supervisory U.S. Probation Officer

---

**ORDER OF THE COURT:**

Approved ✓         Disapproved _____

_____      11/29/17
The Honorable Lonny R. Suko     Date
Senior U.S. District Judge